| Date | Description | Person/Entity Paid | Amount | |
|---|---|---|---|---|
| 2/4/14 | Open Records Copies of AISD paystubs | AISD | $20.00 | $20.00 |
| 2/5/14 | Filing Fee | US District Clerk | $400.00 | $420.00 |
| 4/15/15 | Christina Lavalliere - 50% | Integrity Legal Solutions | $302.98 | $722.98 |
| 4/16/15 | Deanna McParland deposition - 50% | Integrity Legal Solutions | $491.08 | $1,214.05 |
| 5/8/15 | Saldivar - 50% | Infinity Reporting | $281.25 | $1,495.30 |
| 5/20/15 | Michael Houser - 50% | Integrity Legal Solutions | $292.45 | $1,787.75 |
| 5/20/15 | Kristen Foster - 50% | Integrity Legal Solutions | $259.63 | $2,047.38 |
| 5/21/15 | Chris Evoy deposition | Integrity Legal Solutions | $194.95 | $2,242.33 |
| 6/16/15 | Dr. Glass Depo | Infinity Reporting | $246.00 | $2,488.33 |
| 6/30/15 | Dr. Glass charge for deposition | Dr. Glass & Company | $900.00 | $3,388.33 |
| 7/21/15 | Transcript of June 30 Status conference | Lily I. Reznik, CRR, RMR | $109.00 | $3,497.33 |
| 11/24/15 | Subpoena Christina Lavalliere | Robert Notzon | $40.00 | $3,537.33 |
| | | **Total** | **$3,537.33** | |



Robert S. Notzon <robertsnotzon@gmail.com>

# Pay.gov Payment Confirmation: TXWD CM ECF

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>    Wed, Feb 5, 2014 at 1:05 PM
To: "robert@notzonlaw.com" <robert@notzonlaw.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Mike Mallory  (Mike_Mallory@TXWD.USCourts.gov) at (210) 472-4900 x2879.

Application Name: TXWD CM ECF
Pay.gov Tracking ID: 25E8FULQ
Agency Tracking ID: 0542-6221702
Transaction Type: Sale
Transaction Date: Feb 5, 2014 2:05:05 PM

Account Holder Name: Robert Notzon
Transaction Amount: $400.00
Billing Address: 509 W. 16th Street
City: Austin
State/Province: TX
Zip/Postal Code: 78701
Country: USA
Card Type: AmericanExpress
Card Number: ************4019


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



# INVOICE

| Date | Invoice # |
|---|---|
| 5/5/2015 | 12050 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;14-CV-117-SS |

| Style |
|---|
| Anette Saldivar<br>vs.<br>Austin Independent School District |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074   HUB No. 1201005853000

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 4/16/2015 | Original & Complimentary Copy - Lori Lee<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript Binding<br>Signature Letter - Filing Letter<br>Delivery - One Way<br>Subtotal - 694.20 |
| 4/16/2015 | Original & Complimentary Copy - Deanna McParland<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript Binding<br>Signature Letter - Filing Letter<br>Subtotal - 982.15<br>Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

| TOTAL | $1,676.35 |
|---|---|



To pay your invoice by credit card or bank draft, please go to:



**INTEGRITY**
legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|---|---|
| 5/4/2015 | 12049 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;14-CV-117-SS |
| **Style** |
| Anette Saldivar<br>vs.<br>Austin Independent School District |

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 4/15/2015 | Original & Complimentary Copy - Brian Vandewalle<br>Exhibits and Tabs<br>Exhibit 3 Hole Binders - 4"<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript Binding<br>Signature Letter - Filing Letter<br>Shipping/Handling - Original to Witness<br>Delivery - One Way<br>Subtotal - 366.70 |
| 4/15/2015 | Original & Complimentary Copy - Christina LaValliere<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript Binding<br>Signature Letter - Filing Letter<br>Subtotal - 605.95 |
| 4/15/2015 | Original & Complimentary Copy - Officer Malcolm Monroe<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript Binding<br>Signature Letter - Filing Letter<br>Subtotal - 188.80 |

| Phone No. | Fax No. | Web Site | TOTAL |
|---|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com | |

 

To pay your invoice by credit card or bank draft, please go to:



# INTEGRITY
### legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|---|---|
| 5/4/2015 | 12049 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;14-CV-117-SS |

| Style |
|---|
| Anette Saldivar<br>vs.<br>Austin Independent School District |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 4/15/2015 | Original & Complimentary Copy - Det. Lance Cox<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript Binding<br>Signature Letter - Filing Letter<br>Subtotal - 384.40<br>Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL** $1,545.85

 

To pay your invoice by credit card or bank draft, please go to:

# INVOICE

Infinity Reporting Group, LLC

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5052 | 6/3/2015 | 1029 |
| Job Date | Case No. | |
| 5/8/2015 | A-14-CV-117 | |
| Case Name | | |
| Annette Saldivar V. Austin Independent School District | | |
| Payment Terms | | |
| Due upon receipt | | |

Robert Notzon
Law Offices of Robert Notzon
1502 West Avenue
Austin, TX 78701

| | |
|---|---|
| Certified Copy of the Deposition of | 562.50 |
|     Annette Saldivar | |
| TOTAL DUE >>> | $562.50 |
| Thank you for your business! | |
| (-) Payments/Credits: | 562.50 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 47-3695538

*Please detach bottom portion and return with payment.*

Robert Notzon
Law Offices of Robert Notzon
1502 West Avenue
Austin, TX 78701

Invoice No.   : 5052
Invoice Date  : 6/3/2015
**Total Due**   : $ 0.00

**Remit To: Infinity Reporting Group, LLC
1502 Park Harbor Estates Dr.
Houston, TX 77084**

Job No.    : 1029
BU ID      : DEPO
Case No.   : A-14-CV-117
Case Name  : Annette Saldivar V. Austin Independent School District

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| ANNETTE SALDIVAR <br> *Plaintiff* <br> v. <br> AUSTIN INDEPENDENT SCHOOL DISTRICT <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:14-CV-117-SS <br> ) <br> ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Christina Lavalliere

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: US Federal Courthouse <br> 501 W. 5th Street <br> Austin, TX 78701 | Courtroom No.: 4 |
|---|---|
| | Date and Time: 12/01/2015 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Fed. R. Civ. P. 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 11/24/2015

*CLERK OF COURT*

OR

_____  _____
*Signature of Clerk or Deputy Clerk*   *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Annette Saldivar
_____ , who issues or requests this subpoena, are:

Robert Notzon
1502 West Ave
Austin, TX 78701, Robert@NotzonLaw.com, 5124747563, 5127994744

AO 88 (Rev.06/09) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:14-CV-117-SS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Christina Lavalliere
was received by me on *(date)* 11/24/2015 .

☑ I served the subpoena by delivering a copy to the named person as follows: personally delivered at her place of employment, Kocurek Elementary

on *(date)* 11/24/2015 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/24/2015

*Server's signature*

Robert Notzon, Atty
*Printed name and title*

1502 West Ave
Austin, TX 78701

*Server's address*

Additional information regarding attempted service, etc:

# Federal Rule of Civil Procedure 45 (c), (d), and (e) (Effective 12/1/07)

**(c) Protecting a Person Subject to a Subpoena.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The issuing court must enforce this duty and impose an appropriate sanction — which may include lost earnings and reasonable attorney's fees — on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises — or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

(i) At any time, on notice to the commanded person, the serving party may move the issuing court for an order compelling production or inspection.

(ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the issuing court must quash or modify a subpoena that:

(i) fails to allow a reasonable time to comply;

(ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;

(iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

(iv) subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the issuing court may, on motion, quash or modify the subpoena if it requires:

(i) disclosing a trade secret or other confidential research, development, or commercial information;

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party; or

(iii) a person who is neither a party nor a party's officer to incur substantial expense to travel more than 100 miles to attend trial.

**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

(i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

(ii) ensures that the subpoenaed person will be reasonably compensated.

**(d) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

(i) expressly make the claim; and

(ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(e) Contempt.** The issuing court may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena. A nonparty's failure to obey must be excused if the subpoena purports to require the nonparty to attend or produce at a place outside the limits of Rule 45(c)(3)(A)(ii).



# INTEGRITY
## legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|---|---|
| 6/8/2015 | 12095 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;14-CV-117-SS |

| Style |
|---|
| Anette Saldivar<br>vs.<br>Austin Independent School District |

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 5/21/2015 | Original & Complimentary Copy - Nydia Maldonado<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript/Exhibit Binding<br>Signature Letter - Filing Letter<br>Shipping/Handling - Original to Witness<br>Delivery - One Way<br>Subtotal - 363.70<br><br>Original & Complimentary Copy - Chris Evoy<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript/Exhibit Binding<br>Signature Letter - Filing Letter<br>Subtotal - 194.95<br><br>Original & Complimentary Copy - Alan Stevens<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript/Exhibit Binding |

| Phone No. | Fax No. | Web Site | TOTAL |
|---|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com | |

 

To pay your invoice by credit card or bank draft, please go to:



# INVOICE

| Date | Invoice # |
|---|---|
| 6/8/2015 | 12095 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;14-CV-117-SS |

| Style |
|---|
| Anette Saldivar<br>vs.<br>Austin Independent School District |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| | Signature Letter - Filing Letter<br>Subtotal - 265.75<br><br>Original & Complimentary Copy - Patti LeCornu<br>Hyperlinking Exhibits to Transcript - No Charge<br>Transcript/Exhibit Binding<br>Signature Letter - Filing Letter<br>Subtotal - 154.15<br>Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site | TOTAL | $978.55 |
|---|---|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com | | |

 

To pay your invoice by credit card or bank draft, please go to:



# INTEGRITY
## legal support solutions
P.O. Box 245 | Manchaca, Texas 78652

# INVOICE

| Date | Invoice # |
|---|---|
| 6/8/2015 | 12097 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;14-CV-117-SS |

| Style |
|---|
| Anette Saldivar<br>vs.<br>Austin Independent School District |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 6/2/2015 | Original & Complimentary Copy - Melvin Waxler<br>Transcript/Exhibit Binding<br>Electronic Copy of Transcript/ASCII - No Charge<br>Signature Letter - Filing Letter<br>Delivery - One Way<br>Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

**TOTAL** $322.95

 

To pay your invoice by credit card or bank draft, please go to:



**INVOICE**

| Date | Invoice # |
|---|---|
| 6/8/2015 | 12094 |

| Bill To |
|---|
| Law Office of Robert Notzon<br>1502 West Avenue<br>Austin, Texas 78701 |

| Cause No. |
|---|
| 1;14-CV-117-SS |

| Style |
|---|
| Anette Saldivar<br>vs.<br>Austin Independent School District |

All invoices are due and payable in Travis County, Texas.
Checks can be made payable to Integrity Legal Support Solutions, sent to the address listed above.
Tax ID No. 26-4073074  HUB No. 1201005853000

| Terms |
|---|
| Credit Card - Due Upo... |

| Date | Description |
|---|---|
| 5/20/2015 | Original & Complimentary Copy - Michael Houser<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript/Exhibit Binding<br>Signature Letter - Filing Letter<br>Shipping/Handling - Original to Witness<br>Delivery - One Way<br>Subtotal - 584.90<br><br>Original & Complimentary Copy - Kristen Foster<br>Exhibits and Tabs<br>Exhibits Scanned - No Charge<br>Exhibits CD - Scanned Exhibits - No Charge<br>Hyperlinking Exhibits to Transcript - No Charge<br>Electronic Copy of Transcript/ASCII - No Charge<br>Transcript/Exhibit Binding<br>Signature Letter - Filing Letter<br>Subtotal - 519.25<br>Sales Tax - Non-Taxable Legal Services |

| Phone No. | Fax No. | Web Site |
|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com |

| TOTAL | $1,104.15 |
|---|---|

 

To pay your invoice by credit card or bank draft, please go to:

# Lily I. Reznik, CRR, RMR
Official Court Reporter
United States District Court
Austin Division
501 West 5th Street, Suite 4153
Austin, Texas 78701
(512)391-8792

Date: July 21, 2015
Invoice No.: 15-554

**Robert Stephen Notzon**
Law Office of Robert Notzon
1502 West Avenue
Austin, TX 78701

Docket No. A 14-CA-117 SS, Annette Saldivar vs. Austin ISD, United States District Court, before Judge Sam Sparks.

Transcription of Status Conference, June 30, 2015.
(20 pages @ $5.45 per page.)

Total due: $ 109.00

**Paid in full. Thank you.**

# GLASS & COMPANY

CERTIFIED PUBLIC ACCOUNTANTS, P.C.

Ms. Annette Saldivar
c/o Mr. Robert Notzon
1502 West Avenue
Austin, TX 78701

Invoice Date: 06/30/2015
Invoice Number: 131457
Client Number: 8263.0001

---

*For professional services rendered for the period ending 06/30/2015*

| | | | | | |
|---|---|---|---|---|---|
| 05/19/2015 | Litigation - Support | | | | |
| | Revise report to eliminate overtime calcualation for breaks. | | | | |
| | TWG | 1.30 | $300.00 | $ | 390.00 |
| 06/04/2015 | Litigation - Support | | | | |
| | Prepare and sit for deposition. | | | | |
| | TWG | 3.00 | $300.00 | | 900.00 |
| | | Current Amount Due | | $ | 1,290.00 |

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|---|---|---|---|---|---|
| 1,290.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |

# INVOICE

Infinity Reporting Group, LLC

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 5069 | 6/16/2015 | 1039 |
| Job Date | Case No. | |
| 6/4/2015 | A-14-CV-117 | |

| Case Name |
|---|
| Annette Saldivar V. Austin Independent School District |

| Payment Terms |
|---|
| Due upon receipt |

Robert Notzon
Law Offices of Robert Notzon
1502 West Avenue
Austin, TX 78701

Certified Copy of the Deposition of
    Dr. Thomas Glass      246.00

**TOTAL DUE >>>    $246.00**

Thank you for your business!

**Tax ID:** 47-3695538

*Please detach bottom portion and return with payment.*

Robert Notzon
Law Offices of Robert Notzon
1502 West Avenue
Austin, TX 78701

Invoice No. : 5069
Invoice Date : 6/16/2015
**Total Due** : **$ 246.00**

Job No. : 1039
BU ID : DEPO
Case No. : A-14-CV-117
Case Name : Annette Saldivar V. Austin Independent School District

Remit To: **Infinity Reporting Group, LLC
1502 Park Harbor Estates Dr.
Houston, TX 77084**