

**Robert S. Notzon <robertsnotzon@gmail.com>**

---

## I need some help today or tomorrow at the latest

---

**Billing** <billing@integrity-texas.com>          Thu, Jan 7, 2016 at 2:45 PM
To: "Robert S. Notzon" <robert@notzonlaw.com>

Hi Mr. Notzon,

The breakdown is as follows:

ILSS Invoice # 12049.1

Brian Vandewalle ($238.10), Christina LaValliere ($363.80), Officer Malcolm Monroe ($150.00), Det. Lance Cox ($262.30)

ILSS Invoice # 12050.1

Lori Lee ($399.30), Deanna McParland ($578.60)

ILSS Invoice # 12094.1

Michael Houser ($344.00), Kristen Foster (326.10)

ILSS Invoice # 12095.1

Nydia Maldonado ($220.90), Chris Evoy ($153.70), Alan Stevens ($190.20), Patti LeCornu ($132.50)

Apologies for the long wait. Hope this is what is needed. If not, let us know and we will do what we can to provide it for you.

Thank you!

*Jim Vannoy*

**INTEGRITY LEGAL SUPPORT SOLUTIONS**

**Austin** |512| 320 8690

**Dallas**  |972| 364 9777

**Houston** |281| 471 8500

**San Antonio** |210| 277 6200

**From:** robertsnotzon@gmail.com [mailto:robertsnotzon@gmail.com] **On Behalf Of** Robert S. Notzon
**Sent:** Wednesday, January 6, 2016 2:55 PM
**To:** Billing
**Subject:** I need some help today or tomorrow at the latest

Several invoices were sent out for amounts in total for several transcripts.  I need to know what the charges
were for each transcript individually.  Can you provide that to me today or tomorrow?

[Quoted text hidden]